1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND
2  LISA M. SIMONETTI
   SETH M. GOLDSTEIN
3  2029 Century Park East
   Los Angeles, CA  90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  Email: *lacalendar@stroock.com*

6

7  Attorneys for Defendant
     CHASE BANK USA, N.A.,
8    erroneously sued herein as JP MORGAN CHASE

9              **UNITED STATES DISTRICT COURT**

10            **EASTERN DISTRICT OF CALIFORNIA**

11

12

13 RAMONA GONZALEZ, an individual,          )  **Case No. 2:11cv-00796-GEB-EFB**
   on behalf of herself and all others similarly )
   situated,                                  )
14                                            )  **[PROPOSED] ORDER CONTINUING**
                                              )  **STATUS (PRETRIAL SCHEDULING)**
15              Plaintiff,                     )  **CONFERENCE**
                                              )
16      vs.                                    )
                                              )
17 JP MORGAN CHASE,                          )
                                              )
18              Defendant.                    )
                                              )
19                                            )
                                              )
20                                            )
                                              )
21 ─────────────────────────────────────     )

22

23

24

25

26

27

28

1      The scheduling conference currently scheduled for July 18, 2011 at 9:00 a.m.

2  is continued to August 29, 2011, at 9:00 a.m.   A joint status report shall be filed

3  fourteen days prior to the hearing.

4

5      IT IS SO ORDERED.

6  DATED: July 6, 2011

7

8                  GARLAND E. BURRELL, JR.
                United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE
LA 51434572v1