IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMONA GONZALEZ, an individual, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

JP MORGAN CHASE,

    Defendant.

2:11-cv-0796-GEB-CKD

ORDER RESCHEDULING STATUS (PRETRIAL SCHEDULING) CONFERENCE

The Joint Status Report filed August 15, 2011, indicates Defendant will file a standing motion soon. (ECF No. 19.) Therefore, Defendant shall file this referenced motion so that it can be timely noticed for hearing on October 24, 2011. The status conference which was submitted without a hearing on August 9, 2011, is rescheduled for hearing commencing at 9:00 a.m. on January 30, 2012. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

Dated: August 26, 2011

GARLAND E. BURRELL, JR.
United States District Judge