```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


RAMONA GONZALEZ, an individual,     )
on behalf of herself and all        )   2:11-cv-0796-GEB-CKD
others similarly situated,          )
                                    )
              Plaintiff,             )   ORDER RESCHEDULING STATUS
                                    )   (PRETRIAL SCHEDULING)
        v.                          )   CONFERENCE
                                    )
JP MORGAN CHASE,                    )
                                    )
              Defendant.             )
_____    )
```

The Joint Status Report filed August 15, 2011, indicates Defendant will file a standing motion soon. (ECF No. 19.) Therefore, Defendant shall file this referenced motion so that it can be timely noticed for hearing on October 24, 2011. The status conference which was submitted without a hearing on August 9, 2011, is rescheduled for hearing commencing at 9:00 a.m. on January 30, 2012. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

Dated:  August 26, 2011

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge