1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA GONZALEZ, an individual, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>    vs.<br><br>JP MORGAN CHASE,<br><br>          Defendant. | Case No. 2:11cv-00796-GEB-EFB<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT RE: STANDING ISSUES** |

LA 51458488v1

**ORDER**

Having reviewed the parties' Joint Stipulation to Continue Hearing on Defendant's Motion For Summary Judgment re: Standing Issues (the "Stipulation"), filed September 9, 2011, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Stipulation is GRANTED and the Hearing on Defendant's Motion For Summary Judgment re: Standing Issues currently scheduled for October 24, 2011 at 9:00 a.m. is continued to November 21, 2011 at 9:00 a.m.  Plaintiff shall appear for deposition on a mutually agreeable date in late September or early October.  Defendant shall file its standing motion on October 24, 2011.

**IT IS SO ORDERED.**

Dated: September 13, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge