# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA GONZALEZ, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JP MORGAN CHASE,<br><br>　　　　　Defendant. | Case No. 2:11cv-00796-GEB-EFB<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT RE: STANDING ISSUES** |

**ORDER**

Having reviewed the Ex Parte Application To Continue Hearing on Defendant's Motion For Summary Judgment re: Standing Issues (the "Application"), filed October 19, 2011, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Application is GRANTED and the Hearing on Defendant's Motion For Summary Judgment re: Standing Issues currently scheduled for November 21, 2011 at 9:00 a.m. is continued to January 23, 2012 at 9:00 a.m.  Defendant shall file its Motion For Summary Judgment re: Standing Issues so that it can be timely noticed for hearing on January 23, 2012.

**IT IS SO ORDERED.**

Date: **10/24/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2011, the foregoing [PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT RE: STANDING ISSUES was served by the Court's CM/ECF System and a Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

/s/ Seth M. Goldstein
Seth M. Goldstein

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086